IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL OTIS ROBERTSON
#106563                                                                                                    PLAINTIFF

v.                                         4:22-cv-00619-KGB-JJV

T. HARRISON, Deputy,
Pulaski County Detention Facility, *et al.*                                              DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   DISCUSSION

Michael Otis Robertson ("Plaintiff") is a prisoner in the Arkansas Division of Correction. He has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Docs. 2, 4.) On July 15, 2022, I denied Plaintiff's Application to Proceed *In Forma Pauperis* because he is a three-striker, as defined by 28 U.S.C. § 1915(g), who is not in imminent danger of serious physical injury. (Doc. 6.) As I previously recounted, Plaintiff alleges that on June 30, 2022, defendants used excessive force, improperly restrained him, and falsely charged him with a disciplinary. (Doc. No. 4 at 4-6.) Plaintiff's allegations fail to show any ongoing and imminent danger of serious physical injury.

Accordingly, Plaintiff's Complaint and Amended Complaint should be dismissed without prejudice. If Plaintiff wishes to proceed with this action, he must pay the $402 fee in full with his objections to this recommendation.

## II.  CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. 2) and Amended Complaint (Doc. 4) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 10th day of August 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE